# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 666 |
| | : | |
| AMENDMENT OF RULE 1910.16-6 | : | CIVIL PROCEDURAL RULES |
| OF THE PENNSYLVANIA RULES | : | |
| OF CIVIL PROCEDURE | : | DOCKET |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of June, 2017, upon the recommendation of the Domestic Relations Procedural Rules Committee, the proposal having been published for public comment in the *Pennsylvania Bulletin*, 46 Pa.B. 7522 (December 3, 2016):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1910.16-6 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.